**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:22-CR-165-MOC-DCK-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **SUDIPTA MAZUMDER,** ) | |
| ) | |
| **Defendant**. ) | |
| _____ ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*" (Document No. 23) filed by Edward T. Hinson, Jr., concerning Jose Baez, on September 23, 2022. Jose Baez seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 23) is **GRANTED**. Jose Baez is hereby admitted *pro hac vice* to represent Defendant.

      **SO ORDERED**.

Signed: September 23, 2022

David C. Keesler
United States Magistrate Judge