UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-165-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SUDIPTA MAZUMDER, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the following motions filed by Defendant: Motion for Notice of Government's Intent to Use Evidence, (Doc. No. 39), Motion for Impeachment Evidence, (Doc. No. 40), Motion for Discovery, (Doc. No. 41), Motion in Limine to Exclude Improper Opinion Testimony, (Doc. No. 42), and Motion to Transcribe Grand Jury Minutes, (Doc. No. 43). The Government has responded in opposition to all motions.

<u>The Court will reserve ruling on the pending motions</u>.[1] As stated in the Government's brief in opposition, the motions appear to be premature and/or unnecessary and would render discovery obligations more favorable to Defendant than the Court's Standard Criminal Discovery Order. The Court will rule on evidentiary matters as they come up at trial.

**IT IS SO ORDERED**.

Signed: September 13, 2023

Max O. Cogburn Jr.
United States District Judge

---

[1] Obviously, some of the motions have now been mooted by the passage of time, but the Court will nevertheless reserve ruling until trial.