UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-165-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER DIRECTING ISSUANCE OF** |
| SUDIPTA MAZUMDER | ) | **SUBPOENA DUCES TECUM** |
| | ) | |
| | ) | |
| | ) | |

**UPON MOTION** of Defendant, Sudipta Mazumder, for an Order seeking leave to issue a Subpoena to Produce Documents, Information, or Objects in a Criminal Case to Rural Health Group at Scotland Neck, such Subpoena being attached Defendant's Motion for Subpoena Duces Tecum (# 56) (the "Subpoena"), in the Court's discretion and for good cause shown,

**IT IS HEREBY ORDERED** that the Defendant, Sudipta Mazumder, is granted leave to issue the Subpoena, with a modified return date to provide reasonable time for compliance with the Subpoena.

**SO ORDERED.**

Signed: September 14, 2023

Max O. Cogburn Jr
United States District Judge