UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-165-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SUDIPTA MAZUMDER ) | |
| ) | |

**THIS MATTER** is before the Court on a Motion to Quash, filed by Barton & Associates, Inc. ("Barton"), as to Sudipta Mazumder. The Court held a hearing on the motion on September 18, 2023, in which the parties discussed Defendant's request for information. The Court will require Barton to provide any and all inter office communications and /or documents related to Defendant Sudipta Mazumder's questions and concerns about expansion and any and all documents (including but not limited to emails, contracts, and correspondence) on their computers that contain Mazumder's name. The Court believes these documents can be easily compiled; however, some of them may be subject to attorney client or other privileges that will need to be flagged by the Court. These documents shall be compiled immediately and brought to the court for its review. The idea that it would take weeks as to conducting an electronic search for documents that include Defendant's name seems unrealistic to the Court. The Court will await information from Barton concerning the burden and expense of the remainder of the Defendant's requests that were discussed in open court.

**SO ORDERED**.

Signed: September 18, 2023

Max O. Cogburn Jr.
United States District Judge