UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-CR-165-MOC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) | ORDER |
|  | ) |  |
| SUDIPTA MAZUMDER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the court on a Motion for Admission *Pro Hac Vice* of Eric P. Christofferson. Having considered such motion, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on the Motion for Admission *Pro Hac Vice* (#89) of Eric P. Christofferson, Eric P. Christofferson is admitted to practice before the Bar of this Court while appearing with local counsel in this particular case.

Signed: September 26, 2023

Max O. Cogburn Jr
United States District Judge

1