

## Fwd: [EXTERNAL] Sudipta Mazumder

**Rosemarie Peoples** <rosemarie@baezlawfirm.com>　　　　　　　　　　　　　　　　Tue, Sep 24, 2024 at 11:10 AM
To: Michelle Medina <michelle@baezlawfirm.com>, Allison Rapetti <Allison@baezlawfirm.com>

---------- Forwarded message ---------
From: **Jose Baez** <jose@baezlawfirm.com>
Date: Tue, Sep 24, 2024 at 10:08 AM
Subject: Fwd: [EXTERNAL] Sudipta Mazumder
To: Rosemarie Peoples <rosemarie@baezlawfirm.com>


---------- Forwarded message ---------
From: **Jose Baez** <jose@baezlawfirm.com>
Date: Fri, Sep 20, 2024 at 5:24 PM
Subject: Re: [EXTERNAL] Sudipta Mazumder
To: Billings, Graham (USANCW) <Graham.Billings@usdoj.gov>


Greetings Graham:

I sent you my request on July22, 2024. I am following up one final time to get closure on this issue. I waited a while considering you might be in trial and it was the summer and to of course look into the matter to give me a definitive answer. In the event that I do not hear from you within a reasonable amount of time, I will assume you are exercising your right to remain silent LOL.

I hope you are well and all the best,


JB

On Mon, Jul 22, 2024 at 11:47 AM Jose Baez <jose@baezlawfirm.com> wrote:


Graham:

Thank you for responding to my email. The problem that I have is that I need closure on this issue, in order to properly conclude my due diligence and my professional responsibility. The letter from the Boston AUSA is not specific to our request. It quotes another company, although it's the same owner and it references an email that was ordered. It may very well be all that they have, and there may not be any recordings, but it's too vague, if not completely different than

what we were asking for.  We also have no idea exactly what was requested.  I just need written confirmation that All recorded telephone calls made by intake representatives of Expansion Media LLC and/or Help Now Network during the period of January 8, 2019, through April 30, 2020 to the following individuals: Wendell Stephenson, Robert Karriker, William Tillman, Betty Walston, Alonza Walston, and Geralene McCray, are NOT in the possession of the government in either jurisdiction.  I'm sorry, I don't mean to be a pain in the butt.  I just want to put this issue to rest once and for all so we can all move on to bigger and better things.  Can you get me written confirmation, that way I can advise my client that this is a moot point?

Thank you and all the best,

JB

On Tue, Jul 16, 2024 at 3:41 PM Billings, Graham (USANCW) <Graham.Billings@usdoj.gov> wrote:

> Jose,
>
> Hybrid Management Group and Expansion Media are both Richardson entities, although I don't know the relationship between the two.  My understanding is that they searched across their case database for the listed beneficiary names and provided everything in their possession responsive to those names.
>
> Thanks,
>
> Graham
>
> **From:** Jose Baez <jose@baezlawfirm.com>
> **Sent:** Tuesday, July 16, 2024 3:23 PM
> **To:** Billings, Graham (USANCW) <GBillings@usa.doj.gov>; Ed Hinson <ehinson@jmdlaw.com>
> **Cc:** Armstrong, Katherine (USANCW) <KArmstrong1@usa.doj.gov>
> **Subject:** Re: [EXTERNAL] Sudipta Mazumder
>
> Graham:
>
> Could they have been mistaken with your request because the letter says they turned over calls for "Hybrid Management Group," not "Expansion Media."  I just want to make sure we are all on the same page.
>
> thanks,
>
> JB
>
> On Tue, Jul 16, 2024 at 2:45 PM Billings, Graham (USANCW) <Graham.Billings@usdoj.gov> wrote:
>
>> Jose,
>>
>> The inquiry we made during trial was to the Massachusetts USAO and the ExpansionMedia/Richardson prosecution team.  The recordings that we provided during trial were the ones we received from the Massachusetts USAO in response to that inquiry.  Their production letter to me (which was included with the production to you during trial) is attached.  My recollection is that they searched for these particular beneficiaries

and the only recordings they found were two that were attached to an email. That email and the two recordings are what we provided during trial.

Thanks,

Graham

---

**From:** Jose Baez <jose@baezlawfirm.com>
**Sent:** Tuesday, July 16, 2024 12:44 PM
**To:** Billings, Graham (USANCW) <GBillings@usa.doj.gov>
**Subject:** [EXTERNAL] Sudipta Mazumder

Hello Graham:

I hope you and your family are well. I am reaching out to you because there have been some developments with Steven Richardson. It appears that while our case was pending, there was a pending matter with him in the Federal District in Massachusetts. He has accepted a plea and was given 18 months probation. Once we discovered this, I reached out to his counsel and it appears during the proffer and negotiation phases he was given some of the patient intake recordings, and told that the government possesses all of them. Upon discovering this information, my office reached out to AUSA Alexandra Brazier, and asked for the patient intake recordings for the 6 patients that Ms. Mazumder was convicted of. Ms. Brazier referred us to you on this issue. You may recall this issue came up during trial and the Court ordered the Government to check and see if they existed and if the Government had them in their possession. I know you followed the Courts order and made an inquiry, but the jurisdiction that I recall you made it with was in New Jersey. I assume it's because you were not aware of the Massachusetts prosecution, as of course we were not aware of it. The point being is that I would like to formally request these from you, so that I may evaluate whether we need to file any other post trial motions. Please understand that I am not alleging any misconduct, I am just trying to do my due diligence in representing my client appropriately. Please let me know your position on this issue as soon as practicable.

All the best,

JB

--

# *Jose A. Baez, Esq.*

The Baez Law Firm

Miami Office:

1200 Brickell Avenue

Suite 1410

Miami, FL 33131

(P) 305-999-5100

(F) 305-999-5111