# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>SUDIPTA MAZUMDER<br>*Defendant* | )<br>)<br>) Case No. 3:22-CR-165-MOC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SUDIPTA MAZUMDER                                                                                                    .

Date:    01/20/2026                                                /s/James R. Lawrence, III
                                                                              *Attorney's signature*

                                                                    James R. Lawrence, III, 44,560
                                                                         *Printed name and bar number*

                                                                                  Envisage Law
                                                                                 PO Box 30099
                                                                              Raleigh, NC 27622
                                                                                      *Address*

                                                                           jlawrence@envisage.law
                                                                                  *E-mail address*

                                                                                (919) 268-8998
                                                                               *Telephone number*

                                                                                (984) 212-5164
                                                                                   *FAX number*