UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:22-cr-165-MOC |
| | ) | |
| v. | ) | **UNOPPOSED MOTION FOR** |
| | ) | **EXTENSION OF TIME TO FILE** |
| SUDIPTA MAZUMDER | ) | **RESPONSE TO RENEWED MOTION** |
| | ) | **FOR NEW TRIAL** |
| _____ | ) | |

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, respectfully moves the Court to enlarge the time for filing its response to Defendant Sudipta Mazumder's renewed motion for new trial by seven days. In support of this motion, the United States shows unto the Court the following:

1.      On September 26, 2023, Defendant was convicted of six counts of making false statements relating to health care matters in violation of 18 U.S.C. § 1035. Defendant filed a renewed motion for a new trial on January 19, 2026. (Doc. 132.)

2.      Defendant's renewed motion raises several issues stemming from her conviction, including several evidentiary and legal arguments regarding alleged errors in the trial, requiring a review of a lengthy trial transcript. Undersigned counsel requests additional time to review the record and adequately address Defendant's claims given counsel's other case-related obligations.

3.      Defendant's counsel consents to the extension request.

4.      The Government's deadline to file its response is currently January 26, 2026. With the requested seven-day extension, the Government's new deadline would be February 2, 2026.

WHEREFORE, the United States respectfully requests an extension of time in which to file its response brief until February 2, 2026.

1

Respectfully submitted on January 23, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ **Graham Billings**
NC Bar Number 55972

/s/ **Katherine Armstrong**
NC Bar Number 36305

Assistant United States Attorneys
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: 704.344.6222

2