UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-00165-MOC

| UNITED STATES | ) | |
|---|---|---|
| | ) | |
| v. | ) | **MOTION TO ENLARGE TIME** |
| | ) | **TO RESPOND TO DOC. NO. 137** |
| SUDIPTA MAZUMDER | ) | |
| | ) | |

The United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, respectfully moves the Court to enlarge the time for filing its response to Defendant Sudipta Mazumder's "Motion for Leave to Amend Renewed Motion for a New Trial" (Doc. No. 137) by 14 days. In support of this Motion, the United States shows unto the Court the following:

1. On September 26, 2023, Defendant was convicted of six counts of making false statements relating to health care matters in violation of 18 U.S.C. § 1035. Defendant filed a Motion for Acquittal or in the alternative for a New Trial on October 10, 2023 (Doc. No. 97). That motion was denied by order entered January 23, 2024 (Doc. No. 110). Defendant subsequently filed a renewed motion for a new trial on January 19, 2026 (Doc. No. 132). That motion was denied by order entered March 2, 2026 (Doc. No. 136).

2. On March 3, 2026, Defendant filed a motion seeking leave to amend the renewed motion and further requesting that the Court enter an order vacating her convictions and granting her motion for a new trial (Doc. Nos. 137 and 137-1 at 14). The Government opposes the motion and is preparing a written response.

3. Defendant's instant motion continues to raise several issues stemming from her conviction, including several evidentiary and legal arguments regarding the discovery of new

evidence, alleged errors in the trial, and an alleged *Brady* violation, all requiring a review of a lengthy trial transcript and additional legal research.  The undersigned counsel requests additional time to review the record and to perform additional legal research to adequately address Defendant's new claims, given the undersigned's other case-related obligations, which include preparing witnesses and exhibits for a contested sentencing hearing occurring on March 12, 2026, and the undersigned's scheduled leave (March 16 through March 20, 2026).

4. The Government's request is made in good faith and not for the purpose of undue delay.

5. The Government's deadline to file its response is currently March 10, 2026.  With the requested 14-day extension, the Government's new deadline would be March 24, 2026.

6. Defendant's counsel consents to the extension request.

WHEREFORE, the United States respectfully requests an extension of time in which to file its response brief up to and including March 24, 2026.

Respectfully submitted on this the 5th day of March, 2026.

RUSS FERGUSON  
UNITED STATES ATTORNEY

*//s// Katherine T. Armstrong*  
Assistant United States Attorney  
N.C. Bar No. 36305  
United States Attorney's Office  
Western District of North Carolina  
227 West Trade Street, Suite 1650  
Charlotte, NC 28202  
Phone: (704) 344-6222  
Fax: (704) 227-0197  
Email: Katherine.Armstrong@usdoj.gov
